Decided October 10, 1996

STATE OF CONNECTICUT *v.* ROBERT L. GARRETT

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 507 (AC 14385), is denied.

*Kelly J. Goulet,* deputy assistant public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided October 10, 1996

FRANK LAWSON *v.* WHITEY'S FRAME SHOP

DOROTHY CHAREST *v.* WHITEY'S FRAME SHOP

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 599 (AC 14394/ 14833), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the trial court properly concluded that the defendant violated the Connecticut Unfair Trade Practices Act by disposing of the plaintiffs' automobiles?"

The Supreme Court docket number is SC 15545.

*Michael D. O'Connell,* in support of the petition.

Decided October 10, 1996